Opinion filed May 28, 2009











 
 
  
 
 







 
 
  
 
 




Opinion filed May 28, 2009

 

 

 

 

 

 

                                                                        In The

                                                                              

    Eleventh
Court of Appeals

                                                                 ____________

 

                                                          No. 11-07-00366-CR

                                                    __________

 

                                JOHN WILLIAM LAYTON, Appellant

 

                                                             V.

 

                                         STATE
OF TEXAS, Appellee

 



 

                                          On
Appeal from the 35th District Court

 

                                                          Brown
County, Texas

 

                                                 Trial
Court Cause No. CR19046

 



 

                                             M E
M O R A N D U M    O P I N I O N

The
jury convicted John William Layton of driving while intoxicated with a child as
a passenger and assessed his punishment at confinement in a state jail facility
for one year.  We affirm.

After
a hearing pursuant to Tex. R. App. P.
38.8(b), the trial court found that appellant was not indigent and concluded
that appellant had either failed to make the necessary arrangements for the
filing of his brief or had abandoned his appeal.  Therefore, pursuant to Rule
38.8(b)(4), we will consider this appeal on the record alone.








We
have reviewed the record before us and note that it does not contain reversible
error.  Tex. R. App. P. 44.2(a). 
Therefore, the judgment of the trial court is affirmed.

 

PER CURIAM

 

May 28, 2009

Do not publish. 
See Tex. R. App. P. 47.2(b).

Panel consists of:  Wright, C.J.,

McCall, J., and Strange, J.